# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAMUEL WACHSBERGER,

    Plaintiff,

v.

BALLY'S HOTEL,

    Defendant.

Case No. 2:09-CV-02436-KJD-LRL

**ORDER**

    Plaintiff filed his Complaint and Application to Proceed *In Forma Pauperis* ("IFP") (#1) on December 29, 2009. On March 12, 2010, the magistrate judge granted Plaintiff permission to proceed *IFP*, but ordered Plaintiff to file an amended complaint no later than April 9, 2010 because Plaintiff had failed to state a claim. Plaintiff filed an Amended Complaint (#3) on April 6, 2010. However, Plaintiff failed to correct the deficiencies noted by the magistrate judge. Plaintiff has neither stated a claim under 42 U.S.C. § 1983 because no state actor has been identified, nor has Plaintiff stated a claim under Title VII of the Civil Rights Act of 1964, because he has failed to allege any discriminatory purpose or motive in his alleged termination.

    Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint (#3) is **DISMISSED with prejudice.**

    DATED this 9th day of August 2010.

_____
Kent J. Dawson
United States District Judge